IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01588-BNB

LOUIS C. SHEPTIN,

    Plaintiff,

v.

CHIEF MEDICAL OFFICER DENVER CITY JAIL,
JOHN DOE, Medical Contractor Denver City Jail,
JANE DOE, Nurse, Denver City Jail,
JANE DOE 2-3, Nurse(s), Director Denver City Jail or Teller Cty Jail, and
CORRECTIONAL HEALTHCARE SOLUTIONS, a/k/a CHS, a/k/a CHM Company,
    Contractor, Teller County Jail,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff, Louis C. Sheptin, is a prisoner who currently is incarcerated at the Metropolitan Correctional Center in Chicago, Illinois. He initiated this action by submitting to the Court *pro se* a complaint titled "Complaint for Denial of Medical Care, Malpractice, Assault, Personal Injury, Negligence, Gross Negligence." The Court reviewed the complaint and determined it was deficient. Therefore, in an order filed on July 28, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Sheptin to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The July 28, 2008, order pointed out that Mr. Sheptin failed either to pay the $350.00 filing fee or to submit on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The July 28 order

also pointed out that the complaint was not submitted on the proper, Court-approved Prisoner Complaint form. The order warned Mr. Sheptin that if he failed to cure the designated deficiencies within thirty days, the complaint and the action would be dismissed without prejudice and without further notice. On September 11, 2008, the order was returned to the Court in an envelope stamped "Return to Sender" and "Moved." Mr. Sheptin has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the designated deficiencies as directed within the time allowed and for failure to prosecute. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 24 day of Sept. , 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01588-BNB

Louis C. Sheptin
Reg. No. 90355-024
Metropolitan Correctional Center
71 W. Van Buren Street
Chicago, IL 60605

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/25/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk